

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 17, 2021

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Joseph Cimino,*
       21 Mag. 1699

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment on February 17, 2021.

                            Very truly yours,

                            AUDREY STRAUSS
                            United States Attorney

                   by: _____
                        Benjamin A. Gianforti
                        Assistant United States Attorney
                        (914) 993-1919

    SO ORDERED:

    _____  2-17-21
    JUDITH C. McCARTHY
    United States Magistrate Judge